UNITED STATES of America,
Plaintiff–Appellee

v.

Jorge Luis VIDAL–VASQUEZ, also known as Alejandro Vasquez–Puentes, Defendant–Appellant.

No. 09–40235
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2009.

---

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly E. Odom, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant-Appellant.

Before KING, JOLLY, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jorge Luis Vidal–Vasquez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Vidal–Vasquez has filed a response. Our independent review of the record, counsel's brief, and Vidal–Vasquez's response discloses no nonfrivolous issue for appeal. Accordingly, defendant's motions are DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.